IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| HONG TANG | * |
| Plaintiff | * |
| v. | *  CIVIL NO. JKB-18-2200 |
| THE UNIVERSITY OF BALTIMORE, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM AND ORDER

Now pending before the Court is the Defendants' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, LACK OF SUBJECT MATTER JURISDICTION, AND INSUFFICIENT SERVICE OF PROCESS (ECF No. 15). The Plaintiff has responded (ECF No. 24) and the Defendants have replied (ECF No. 27). The Court has carefully reviewed the referenced submissions, including their attachments.

For the reasons set out in the Defendants' submissions (ECF Nos. 15, 27), the Motion (ECF No. 15) is GRANTED. The Court adopts the reasoning and conclusions of the Defendants in their submissions as the Court's own.

The Clerk is directed to CLOSE THIS CASE.

DATED this 21 day of December, 2018.

BY THE COURT:

_____
James K. Bredar
Chief Judge